**Order entered October 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01165-CR
No. 05-13-01167-CR
No. 05-13-01168-CR
No. 05-13-01169-CR

**JASMINE LANETTE JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1270295-M**

## ORDER

The State of Texas's motion for an extension of time to file a brief in the above referenced appeals filed on October 7, 2014 is hereby **GRANTED**. The State's brief tendered with the motion is deemed timely filed as of the date of this order.

/s/    DAVID EVANS
JUSTICE